THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Jerome Primus, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Berkeley County
 Perry M. Buckner, Circuit Court Judge
Memorandum Opinion No. 2008-MO-022
Submitted April 16, 2008  Filed May 12,
 2008   
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  After careful consideration of the
 appendix and briefs, the writ of certiorari is
DISMISSED
 AS IMPROVIDENTLY GRANTED.

TOAL, C.J., MOORE,
 WALLER and PLEICONES, JJ., concur. BEATTY, J., not participating.